270 November 26, 2025 No. 1027

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ARMANDO LOZANO,
aka Armando Lazano, aka Armando Lazano, Jr.,
*Defendant-Appellant.*

Multnomah County Circuit Court
24CR47987; A187618

Rima I. Ghandour, Judge.

Submitted October 10, 2025.

Frances J. Gray filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment of conviction entered after a jury trial for two counts of strangulation constituting domestic violence and two counts of fourth-degree assault constituting domestic violence. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant was indicted by a grand jury for four counts of strangulation constituting domestic violence, one count of unlawful use of a weapon, and two counts of fourth-degree assault constituting domestic violence. During his jury trial, the trial court dismissed two of the strangulation counts on the state's motion. The jury returned guilty verdicts on both remaining strangulation counts and on both assault counts, and it acquitted defendant of the unlawful use of a weapon count. The court sentenced him to identical sentences of 19 months' imprisonment and 2 years of post-prison supervision (PPS) on one of the strangulation counts and on one of the assault counts, to be served concurrently. On the other strangulation count, the court imposed 5 months' incarceration and 2 years of PPS, also concurrent with the 19-month sentences. On the other fourth-degree assault count, the court sentenced defendant to 25 months' imprisonment with two months concurrent with the 19-month strangulation sentence and 23 months consecutive to that sentence, followed by 2 years of PPS.

Having reviewed the record, including the trial court file, the transcript of the hearings and the bench trial, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.